UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 0848** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Oscar Anastacio FAJARDO-Flores,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **March 16, 2008** within the Southern District of California, defendant, **Oscar Anastacio FAJARDO-Flores,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **MARCH 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Oscar Anastacio FAJARDO-Flores**

## PROBABLE CAUSE STATEMENT

On March 16, 2008 at approximately 8:50 p.m., Border Patrol Agent A. Webster responded to a seismic intrusion in the area known as "East Smuggler's." This area is approximately three miles west of the San Ysidro Port of Entry and approximately three hundred yards north of the United States/ Mexico International Boundary.

Upon arriving in the area, Agent Webster observed an individual hiding in brush. Agent Webster identified himself as a United States Border Patrol Agent and questioned the individual as to his citizenship and nationality. The subject later identified as the defendant **Oscar Anastacio FAJARDO-Flores**, admitted to being a citizen and national of Mexico in the United States illegally without any immigration documents. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 19, 2001** through **Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.