

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1148-BTM |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| OSCAR FRANCISCO ARIAS-FAJARDO (T/N), aka Oscar Anastacio Fajardo-Flores | ) ) ) ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 16, 2008, within the Southern District of California, defendant OSCAR FRANCISCO ARIAS-FAJARDO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Oscar Anastacio Fajardo-Flores, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious

//

//

//

CJB:es:San Diego
4/14/08

1  and fraudulent when made; in violation of Title 18, United States
2  Code, Section 1001.
3          DATED: 4/15/08             .

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ J. P. M.
                                    CARLA J. BRESSLER
                                    Assistant U.S. Attorney

2