AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| OSCAR FRANCISCO ARIAS-FAJARDO (T/N) aka Oscar Anastacio Fajardo-Flores | CASE NUMBER: 08CR1148-BTM |

I, OSCAR FRANCISCO ARIAS-FAJARDO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Oscar A. Fajardo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER



FILED
APR 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY